# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD P. LIQUORI, SR., | ) | No. CV 09-9256-PSG(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT |
| v. | ) ) | AND RECOMMENDATION OF UNITED STATES |
| LINDA SANDERS (Warden), | ) ) | MAGISTRATE JUDGE |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 7, filed March 24, 2010) be denied in part (as to dismissal for lack of subject matter jurisdiction) and granted in part (as to dismissal for failure to state a claim); and (3) that judgment be entered dismissing the petition with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order and the Judgment herein on the parties.

DATED:      April 21, 2011

_____
PHILIP S. GUTIERREZ
United States District Judge