# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD P. LIQUORI, SR., | No. CV 09-9256-PSG(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| LINDA SANDERS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed with prejudice.

DATED:  April 21, 2011

PHILIP S. GUTIERREZ
United States District Judge